# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Margaret Kennedy Moore,<br><br>*Debtor*. | Case No. 24-11888-amc<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Approve Margarita Parker as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements
- Notice of Debtor's Motion to Approve Margarita Parker as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date

Date: July 2, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Mailing List Exhibit

Bryant State Bank
Attn: Bankruptcy
PO Box 215
Bryant, SD 57221

Capital One NA
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd Ste 400
Wilmington, DE 19808-2952

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

First National Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

Fortiva
Cardholder Services
PO Box 105555
Atlanta, GA 30348-5555

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Ginnys/Swiss Colony Inc
Attn: Credit Department
PO Box 2825
Monroe, WI 53566

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377-4500

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd
Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Seventh Ave/Swiss Colony Inc.
Attn: Bankruptcy 1112 7th Ave
Monroe, WI 53566

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085-3869

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285