Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11888-AMC**

Margaret Kennedy Moore  
2058 W Indiana Ave  
Philadelphia  PA    19132-1522

Petition Filed Date: 05/31/2024  
341 Hearing Date: 08/23/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $441.93 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $436.34 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $628.33 | $0.00 | $0.00 |
| 4 | T-MOBILE USA INC »» 004 | Unsecured Creditors | $3,016.81 | $0.00 | $0.00 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,523.92 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $1,465.99 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,483.24 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $532.99 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $1,044.24 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $958.91 | $0.00 | $0.00 |
| 11 | STONEBERRY »» 011 | Unsecured Creditors | $608.14 | $0.00 | $0.00 |
| 12 | MASON »» 012 | Unsecured Creditors | $558.93 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $1,002.74 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $746.18 | $0.00 | $0.00 |
| 15 | CAPITAL ONE BANK (USA) NA »» 015 | Unsecured Creditors | $3,856.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11888-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,060.00 | Current Monthly Payment: | $1,030.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $206.00 | Total Plan Base: | $61,800.00 |
| Funds on Hand: | $1,854.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.