

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

September 10, 2024

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

      Re:  See Attached List of Debtors
            Chapters 7 and Chapter 13

Dear Mr. Cibik:

    Attached is a list of cases that were filed in the Federal Bankruptcy Court.

    An initial search of our records indicates that there are no outstanding citations charged to the aforementioned debtors. However, if you will provide this office with the following information, we will further research the cases in an effort to protect the rights of the debtor(s).

1. Prior addresses (in or out-of-state)
2. Date of birth for the petitioner(s)
3. Driver's license number for the petitioner(s)
4. Citation number(s)

    If you determine that the Philadelphia Municipal Court, Traffic Division, should not have been listed as a creditor in those cases, please notify us in writing so we may bring closure to the matters.

    Please be advised that the Philadelphia Municipal Court, Traffic Division, has no jurisdiction over parking violations.

    Your prompt response to this correspondence is sincerely appreciated, as it will assist us in proceeding with the proper filing.

                              Sincerely,

                              Joffie C. Pittman, III
                              ADMINISTRATIVE JUDGE

JCP/mm
Attachment
cc: Bankruptcy Court

## 31) ATTACHMENT: CIBIK, September 10, 2024, Bankruptcy Proceedings

| DEBTOR NAME | CHAPTER | CASE NUMBER | FILED |
|---|---|---|---|
| Cooper, Tyreek T. | 13 | 24-12842-pmm | 8/14/2024 |
| Reeves, Temeka | 13 | 24-12584-pmm | 7/26/2024 |
| Skalski, Krysta | 13 | 24-12553-amc | 7/24/2024 |
| Delvalle, Yesica Paola | 13 | 24-12464-amc | 7/17/524 |
| Bailey, Christopher David | 13 | 1:24-bk-01674-hwv | 7/8/2024 |
| McKelvy, Robert Amen | 13 | 24-12343-pmm | 7/8/2024 |
| Tomaszewski, Edward C., Jr. | 13 | 24-12260-amc | 7/1/2024 |
| Perduta, Samuel Jackson | 13 | 24-12238-amc | 6/28/2024 |
| Ralls, David Frederick Jr. | 13 | 24-12228-amc | 6/27/2024 |
| Johnson, Clovies | 13 | 24-12212-pmm | 6/27/2024 |
| Garrett, Selma E. | 13 | 24-12152-amc | 6/24/2024 |
| Moore, Margaret Kennedy | 13 | 24-11888-amc | 5/31/2024 |
| Mines, Bruce M.  Cnvrtd frm chp7 | 13 | 24-10910-amc | 5/23/2024 |
| Thomas, Cassidy Marie Catherine | 13 | 24-11613-pmm | 5/10/2024 |
| Shippen, Bernice Louellen | 13 | 24-11427-amc | 4/29/2024 |
| Oliver, Phyllis P. | 13 | 24-11429-amc | 4/29/2024 |
| Clements, Johnny D. | 7 | 24-12795-amc | 8/9/2024 |
| White, Darcell D. | 7 | 24-12717-amc | 8/5/2024 |
| Henry, Wanda   Cnvrtd frm chp 13 | 7 | 23-12018-amc | 7/16/2024 |
| Wyatt II, Ray | 7 | 24-12346-amc | 7/8/2024 |
| LaPorte, Geri Lynn | 7 | 24-11996-amc | 6/11/2024 |