UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Margaret Kennedy Moore<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11888-AMC |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 4th day of November, 2024 by first class mail upon those listed below:

Margaret Kennedy Moore
2058 W Indiana Ave
Philadelphia, PA  19132-1522

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee


                                                            */s/ Kristen Gliem*
                                                            Kristen Gliem
                                                            for
                                                            Scott F. Waterman, Esq.
                                                            Standing Chapter 13 Trustee