UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Margaret Kennedy Moore <br><br> Debtor | Chapter 13 <br> Bankruptcy No.24-11888-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of November, 2024, by first class mail upon those listed below:

Margaret Kennedy Moore
2058 W Indiana Ave
Philadelphia, PA  19132-1522

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

          */s/ Kristen Gliem*
          Kristen Gliem
          for
          Scott F. Waterman, Esquire
          Standing Chapter 13 Trustee