**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Margaret Kennedy Moore,<br><br>　　　　　Debtor. | Case No. 24-11888-amc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Approve Margarita Parker as**
**Debtor's Next Friend and for Waiver of Credit Counseling and**
**Financial Management Course Requirements**

　　**AND NOW**, upon consideration of the Debtor's Motion to Approve Margarita Parker as Debtor's Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Margarita Parker is **APPROVED** as next friend for the Debtor in this case.

3. Margarita Parker has the authority to take all actions required by the Debtor as debtor during the pendency of the case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors.

4. The Debtor's obligation to complete a pre-petition credit counseling course is **WAIVED**.

5. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

Date: Dec. 5, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Chief Judge