## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>**Margaret Kennedy Moore**<br><br>**Debtor.** | Case No. 24-11888<br><br>Chapter 13<br><br>Honorable Judge Ashley M. Chan |

### STIPULATION PERMITTING LATE FILING OF PROOF OF CLAIM

THIS MATTER having been brought before the Court upon agreement by Beth Deweese, Bankruptcy Specialist for Compu-Link Corporation ("Compu-Link"), and the Debtors through their counsel, Michael A. Cibik, Esquire, and the parties having resolved said matter as hereinafter set forth the parties hereby stipulate:

**IT IS HEREBY STIPULATED:**

1. That the Debtor filed a Chapter 13 Bankruptcy Petition on May 31, 2024.

2. That Compu-Link is a secured Creditor of the Debtor's in relation to a reverse mortgage loan taken out by the Debtor.

3. That the deadline for filing claims in the instant case was August 9, 2024.

4. That Compu-Link shall be permitted to file a late Proof Of Claim in connection with the Debtor's loan with Compu-Link by no later than February 15, 2025.

5. That the Debtor reserves the right to object to any Proof Of Claim filed by Compu-Link.

6. That the parties agree that a facsimile signature shall be considered an original signature.

1

We hereby agree to the form and entry of this Stipulation:

/s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney for the Debtor


/s/ Beth DeWeese
Beth Deweese
Bankruptcy Specialist for Compu-Link Corporation

2