United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11888-amc |
| Margaret Kennedy Moore | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Margaret Kennedy Moore, 2058 W Indiana Avenue, Philadelphia, PA 19132-1522 |
| 14893700 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14893675 | | Email/Text: BNBSB@capitalsvcs.com | Apr 18 2025 02:27:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 14927404 | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14893678 | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14893682 | | Email/Text: cfcbackoffice@contfinco.com | Apr 18 2025 02:27:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14893676 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:34:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14893677 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:35:04 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14896324 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:35:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14893679 | | Email/Text: bankruptcy@philapark.org | Apr 18 2025 02:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14893680 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity Bank/Blair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14893681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity/ MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14893683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 02:34:49 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14893684 | | Email/Text: mrdiscen@discover.com | Apr 18 2025 02:27:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14893687 | | Email/Text: BNSFN@capitalsvcs.com | Apr 18 2025 02:27:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14893685 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 18 2025 02:28:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 24-11888-amc    Doc 65    Filed 04/19/25    Entered 04/20/25 00:34:54    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 155 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 14893686 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 18 2025 02:28:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14893688 | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 18 2025 02:27:00 | Fortiva, Cardholder Services, PO Box 105555, Atlanta, GA 30348-5555 |
| 14893689 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2025 02:45:26 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14893690 | + Email/Text: bankruptcy@sccompanies.com | Apr 18 2025 02:28:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14893691 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 02:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906078 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14906681 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:28:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14893692 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14896440 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893693 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14897844 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 02:35:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14910589 | + Email/Text: bankruptcy@sccompanies.com | Apr 18 2025 02:28:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14911456 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 02:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14893694 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 02:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14893695 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 18 2025 02:27:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14893696 | Email/Text: fesbank@attorneygeneral.gov | Apr 18 2025 02:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14893699 | ^ MEBN | Apr 18 2025 02:24:45 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14893697 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14893698 | ^ MEBN | Apr 18 2025 02:24:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14893701 | Email/Text: bankruptcy@philapark.org | Apr 18 2025 02:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14899817 | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2025 02:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14893702 | + Email/Text: bankruptcy@sccompanies.com | Apr 18 2025 02:28:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14910588 | + Email/Text: bankruptcy@sccompanies.com | Apr 18 2025 02:28:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| | | | | |
|---|---|---|---|---|
| 14897032 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:34:39 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14893703 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2025 02:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14893704 | ^ | MEBN | Apr 18 2025 02:24:39 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14973993 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 18 2025 02:35:03 | U.S. Dept. of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14893705 | | Email/Text: bankruptcies@uplift.com | Apr 18 2025 02:27:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14893706 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:45:21 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

**Name** | **Email Address**

EDWARD JACOB GRUBER
on behalf of Debtor Margaret Kennedy Moore help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Debtor Margaret Kennedy Moore help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Margaret Kennedy Moore  )  Case No. 24−11888−amc
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 16, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court