| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11888-AMC

Margaret Kennedy Moore  
c/o NEXT FRIEND - MARGARITA PARKER  
2058 W Indiana Ave  
Philadelphia  PA    19132-1522

Petition Filed Date: 05/31/2024  
341 Hearing Date: 08/23/2024  
Confirmation Date: 04/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $2,060.00 | | 10/11/2024 | $1,030.00 | | 11/14/2024 | $2,060.00 | |
| 12/04/2024 | $1,030.00 | | 01/06/2025 | $1,030.00 | | 02/05/2025 | $1,030.00 | |
| 02/27/2025 | $1,030.00 | | 04/02/2025 | $1,030.00 | | 04/30/2025 | $2,218.00 | |
| 06/03/2025 | $2,218.00 | | 07/07/2025 | $2,218.00 | | | | |

**Total Receipts for the Period: $16,954.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,172.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $441.93 | $0.00 | $441.93 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $436.34 | $0.00 | $436.34 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $628.33 | $0.00 | $628.33 |
| 4 | T-MOBILE USA INC »» 004 | Unsecured Creditors | $3,016.81 | $0.00 | $3,016.81 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,523.92 | $0.00 | $1,523.92 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $1,465.99 | $0.00 | $1,465.99 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,483.24 | $0.00 | $2,483.24 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $532.99 | $0.00 | $532.99 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $1,044.24 | $0.00 | $1,044.24 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $958.91 | $0.00 | $958.91 |
| 11 | STONEBERRY »» 011 | Unsecured Creditors | $608.14 | $0.00 | $608.14 |
| 12 | MASON »» 012 | Unsecured Creditors | $558.93 | $0.00 | $558.93 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $1,002.74 | $0.00 | $1,002.74 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 014 | Unsecured Creditors | $746.18 | $0.00 | $746.18 |

**Chapter 13 Case No. 24-11888-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE BANK (USA) NA<br>»» 015 | Unsecured Creditors | $3,856.09 | $0.00 | $3,856.09 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $5,463.14 | $739.67 | $4,723.47 |
| 17 | US DEPT OF HOUSING AND URBAN DEVELOPMENT<br>»» 017 | Secured Creditors | $100,137.41 | $13,557.82 | $86,579.59 |
| 18 | COMPULINK CORPORATION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BRYANT STATE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FIRST NATIONAL BANK/LEGACY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,172.00 | Current Monthly Payment: | $2,218.00 |
| Paid to Claims: | $17,772.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,399.51 | Total Plan Base: | $121,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.