UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Margaret Kennedy Moore<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 24-11888-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 11th day of February, 2026 by first class mail upon those listed below:

Margaret Kennedy Moore
c/o NEXT FRIEND - MARGARITA PARKER
2058 W Indiana Ave
Philadelphia, PA  19132-1522

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                     /s/ Kristen Gliem
                                                   Kristen Gliem
                                                   for
                                                   Scott F. Waterman, Esq.
                                                   Standing Chapter 13 Trustee