Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Margaret Kennedy Moore
c/o NEXT FRIEND - MARGARITA PARKER
2058 W Indiana Ave
Philadelphia, PA 19132-1522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11888-AMC**

Petition Filed Date: 05/31/2024
341 Hearing Date: 08/23/2024
Confirmation Date: 04/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | $2,218.00 | | 09/04/2025 | $2,218.00 | | 12/10/2025 | $2,218.00 | |
| 12/10/2025 | $2,218.00 | | 03/09/2026 | $6,654.00 | | 03/11/2026 | $2,218.00 | |
| 04/08/2026 | $2,218.00 | | 07/07/2026 | $2,218.00 | | | | |

**Total Receipts for the Period: $22,180.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $41,352.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,475.00 | $3,475.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $441.93 | $0.00 | $441.93 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $436.34 | $0.00 | $436.34 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $628.33 | $0.00 | $628.33 |
| 4 | T-MOBILE USA INC<br>»» 004 | Unsecured Creditors | $3,016.81 | $0.00 | $3,016.81 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,523.92 | $0.00 | $1,523.92 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $1,465.99 | $0.00 | $1,465.99 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,483.24 | $0.00 | $2,483.24 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $532.99 | $0.00 | $532.99 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $1,044.24 | $0.00 | $1,044.24 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $958.91 | $0.00 | $958.91 |
| 11 | STONEBERRY<br>»» 011 | Unsecured Creditors | $608.14 | $0.00 | $608.14 |
| 12 | MASON<br>»» 012 | Unsecured Creditors | $558.93 | $0.00 | $558.93 |

**Chapter 13 Case No. 24-11888-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,002.74 | $0.00 | $1,002.74 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 014 | Unsecured Creditors | $746.18 | $0.00 | $746.18 |
| 15 | CAPITAL ONE BANK (USA) NA<br>»» 015 | Unsecured Creditors | $3,856.09 | $0.00 | $3,856.09 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $5,463.14 | $1,801.29 | $3,661.85 |
| 17 | US DEPT OF HOUSING AND URBAN DEVELOPMENT<br>»» 017 | Secured Creditors | $100,137.41 | $33,017.11 | $67,120.30 |
| 18 | COMPULINK CORPORATION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | BRYANT STATE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FIRST NATIONAL BANK/LEGACY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,352.00 | Current Monthly Payment: | $2,218.00 |
| Paid to Claims: | $38,293.40 | Arrearages: | $4,436.00 |
| Paid to Trustee: | $3,058.60 | Total Plan Base: | $121,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.